# IN THE SUPREME COURT OF THE STATE OF NEVADA

NATHAN MARTIN,
                    Appellant,
          vs.
MARVIN MAIZE; AND WANDA
MCCURRY,
                    Respondents.

No. 67472

**FILED**

APR 1 2 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc:   Hon. Bryce C. Duckworth, District Judge, Family Court Division
      Carolyn Worrell, Settlement Judge
      Dickerson Law Group
      Kingman Farms, LLC
      Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

**CLERK'S ORDER**

(O)-1947

16-11324